# Court of Appeals
# of the State of Georgia

ATLANTA, _November 22, 2013_

*The Court of Appeals hereby passes the following order:*

**A13A2274.  NESMITH v. NESMITH.**

This appeal was docketed with this Court on July 29, 2013. Appellant Chad Nesmith's enumeration of error(s) and brief were due on August 19, 2013. On August 12, 2013, Appellant filed a Motion for Additional Time, requesting "additional time to file enumerations and pleadings in the above styled action." On August 19, 2013, the Court granted Appellant until September 9, 2013 to file an enumeration of error(s) and brief.

As of the date of this order, Appellant has not filed an enumeration of error(s) or brief as ordered by this Court, and no motion for extension for good cause has been filed. Therefore, this appeal is **DISMISSED**. Court of Appeals Rule 7, 23.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* _11/22/2013_
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*